**ALDRIDGE PITE, LLP**
ecfcanb@aldridgepite.com
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 16-42186 |
| GAIL MARIE TROTTIER | Chapter 13 |
| Debtor. | **WELLS FARGO BANK, N.A.'S REQUEST FOR SPECIAL NOTICE** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the firm of ALDRIDGE PITE, LLP, attorneys for Wells Fargo Bank, N.A. hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**REQUEST FOR SPECIAL NOTICE**

1      Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

2 proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

3 the within party's:

4      a.      Right to have any and all final orders in any and all non-core matters entered only

5 after de novo review by a United States District Court Judge;

6      b.      Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant

7 proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in the

8 instant proceeding. This Request for Special Notice shall not operate as a confession and/or

9 concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either

10 expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as

11 its agent for purposes of service under Fed. R. Bankr. P. 7004;

12      c.      Right to trial by jury in any proceeding as to any and all matters so triable herein,

13 whether or not the same be designated legal or private rights, or in any case, controversy or

14 proceeding related hereto, notwithstanding the designation or not of such matters as "core

15 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

16 statute or the United States Constitution;

17      d.      Right to have the reference of this matter withdrawn by the United States District

18 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

19      e.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

20 this party is entitled under any agreements at law or in equity or under the United States

21 Constitution.

22                                ALDRIDGE PITE, LLP

23

24 Dated: September 6, 2016             /s/ *Arnold L. Graff*
                                      Attorneys for Wells Fargo Bank, N.A.

25

26

27

28

**REQUEST FOR SPECIAL NOTICE**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** was served on September 7, 2016. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

**DEBTOR**
**(via First Class U.S. Mail)**

Gail Marie Trottier
474 Beaulieu Lane
Oakley, CA 94561

**DEBTOR'S ATTORNEY**
**(via Electronic Notice)**

Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin St. #911
Oakland, CA 94612

**TRUSTEE**
**(via Electronic Notice)**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2016                    /s/Esteban Garcia
                                            ESTEBAN GARCIA

**REQUEST FOR SPECIAL NOTICE**

Case 16-42186    Doc# 12    Filed: 09/07/16    Entered: 09/07/16 11:18:56    Page 3 of 3