

```
1   PATRICK L. FORTE, #80050
    LAW OFFICES OF PATRICK L. FORTE
2   1624 Franklin Street, #911
    Oakland, CA 94612
3   Telephone: (510) 465-3328
    Facsimile: (510) 763-8354
4
5   Attorneys for Debtor
```

The following constitutes
the order of the court. Signed June 13, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No: 16-42186 CN |
|---|---|
| **GAIL MARIE TROTTIER,** | Chapter 13 |
| Debtor. | ORDER APPROVING LOAN MODIFICATION |

The Court having considered the Debtor's Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo Home Mortgage on the real property located at 474 Beaulieu Lane, Oakley, CA 94561, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

'No physical service required'