```
 1  PATRICK L. FORTE, #80050
    LAW OFFICES OF PATRICK L. FORTE
 2  1624 Franklin Street, #911
    Oakland, CA 94612
 3  Telephone: (510) 465-3328
    Facsimile: (510) 763-8354
 4
 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 16-42186 CN** |
| **GAIL MARIE TROTTIER,** | **Chapter 13** |
| Debtor. | **NOTICE TO CREDITORS OF MOTION TO MODIFY PLAN AND OF DEADLINE TO REQUEST A HEARING** |

**NOTICE IS HEREBY GIVEN:**

(i) That Debtor, Gail Marie Trottier, will and hereby move the court for an Order modifying her plan.

(ii) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(iii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iv) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting

the relief by default; and

(v) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: August 17, 2017

                                        /s/ Patrick L. Forte
                                        Patrick L. Forte
                                        Attorney for Debtor